# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| GRISELDA YAMILETTEC ORDONEZ TELLEZ and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br>vs.<br><br>DK EMBROIDERY INC.,<br>DANIEL BEN-LULU,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 19CV60297 |

## SUMMONS IN A CIVIL ACTION

To: DK Embroidery Inc.
Registered Agent: Daniel Ben-Lulu
10164 NW 47th Street
Sunrise, FL 33351

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
        300 71ST Street, Suite 605
        Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Feb 1, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GRISELDA YAMILETTEC ORDONEZ TELLEZ and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br> vs. <br><br> DK EMBROIDERY INC., DANIEL BEN-LULU, <br><br> Defendants. | 19CV60297 |

## SUMMONS IN A CIVIL ACTION

To:
Daniel Ben-Lulu
10164 NW 47th Street
Sunrise, FL 33351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 1, 2019

Angela E. Noble
Clerk of Court

s/ Mary Etienne
Deputy Clerk
U.S. District Courts